HUNTER DOUGLAS INTERNATIONAL CORPORATION, Appellant, v. INDUSTRIAL PLYWOOD COMPANY, INC., et al., Respondents.

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and McGivern, JJ.